# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DERRICO DEMONTE JORDAN, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00355-MR |
| | ) | 1:00cr57-3 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2013 Order.

March 15, 2013

Frank G. Johns, Clerk
United States District Court